Same case below, 375 Fed. Appx. 600.

**No. 10-5697. Jerry Morrison, Petitioner v. United States.**

562 U.S. 934, 131 S. Ct. 336, 178 L. Ed. 2d 219, 2010 U.S. LEXIS 7176.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 594 F.3d 543.

**No. 10-5700. Larry Lyle Lasko, Petitioner v. Harrell Watts, et al.**

562 U.S. 934, 131 S. Ct. 337, 178 L. Ed. 2d 219, 2010 U.S. LEXIS 7456.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 373 Fed. Appx. 196.

**No. 10-5701. Samer Karawi, Petitioner v. United States.**

562 U.S. 935, 131 S. Ct. 337, 178 L. Ed. 2d 219, 2010 U.S. LEXIS 7198,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 383 Fed. Appx. 626.

**No. 10-5702. Timothy J. Lange, Petitioner v. United States.**

562 U.S. 935, 131 S. Ct. 337, 178 L. Ed. 2d 219, 2010 U.S. LEXIS 7167.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 373 Fed. Appx. 645.

**No. 10-5703. Charles Edward Jones, Petitioner v. United States.**

562 U.S. 935, 131 S. Ct. 338, 178 L. Ed. 2d 219, 2010 U.S. LEXIS 7545.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-5704. Bobbie Douglas Payne, Jr., Petitioner v. United States.**

562 U.S. 935, 131 S. Ct. 343, 178 L. Ed. 2d 219, 2010 U.S. LEXIS 7237.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 376 Fed. Appx. 464.

**No. 10-5705. Jason Williams, Petitioner v. Donald N. Snyder, Jr., et al.**

562 U.S. 935, 131 S. Ct. 343, 178 L. Ed. 2d 219, 2010 U.S. LEXIS 7396.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 367 Fed. Appx. 679.